1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

**FILED**
Oct 27, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | REQUEST TO UN-SEAL SEARCH WARRANTS; [PROPOSED] ORDER |
|---|---|
| THE CELLULAR TELEPHONES ASSIGNED CALL NUMBERS (786) 583-2749 and (916) 215-6347 | 2:19-SW-0876-DB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 291-3925 | 2:20-SW-0398-AC |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (279) 203-2225 | 2:20-SW-0730-EFB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 212-5752 | 2:20-SW-0844-CKD |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 361-1453 | 2:20-SW-0904-DB |
| 8471 Varney Avenue Sacramento, California, 95828 | 2:20-SW-0911-DB |
| 9017 Willowberry Way, Elk Grove, California | 2:20-SW-0912-DB |
| 2830 McComb Avenue, Stockton, California | 2:20-SW-0913-DB |
| 12633 Fair Oaks Boulevard Apt 149, Citrus Heights, California | 2:20-SW-0914-DB |
| 2015 Chevrolet SUV, Black with CA license #7FRP119 | 2:20-SW-0915-DB |

Motion to Un-Seal; [Proposed] Order

| | |
|---|---|
| 2017 Honda sedan, Silver with CA license #7ZPD460 | 2:20-SW-0916-DB |
| 2010 Toyota sedan, Grey with CA license #8HIY836 | 2:20-SW-0917-DB |
| 2003 Honda Sedan, silver with CA license #8FVY382 | 2:20-SW-0918-DB |
| 2011 Kia Soul, silver with CA license #6XXF904 | 2:20-SW-0919-DB |

### REQUEST TO UNSEAL

The search warrants, warrant affidavits, and related case filings in the above-captioned matters have been filed under seal. The investigation to which these matters relate resulted in the grand jury returning an indictment on October 15, 2020. There is no longer a need for these search warrants and related documents to remain under seal. Accordingly, the United States requests that the above-captioned matters be unsealed.

Dated: October 27, 2020

McGREGOR W. SCOTT
United States Attorney

By: */s/ David Spencer*
DAVID W. SPENCER
Assistant United States Attorney

### [PROPOSED] ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: October 27, 2020

UNITED STATES MAGISTRATE JUDGE